## A90A1877. GILSTRAP v. THE STATE.
(414 SE2d 747)

McMurray, Presiding Judge.

Our prior judgment in *Gilstrap v. State*, 199 Ga. App. 223 (404 SE2d 629), wherein this Court affirmed the trial court, having been reversed by the Supreme Court of Georgia in *Gilstrap v. State*, 261 Ga. 798 (410 SE2d 423) our judgment in this case is vacated and the judgment of the trial court is reversed.

*Judgment reversed. Sognier, C. J., and Carley, P. J., concur.*

Decided January 6, 1992.

*Cook & Palmour, Bobby Lee Cook, Robert E. Andrews, Alan J. Baverman,* for apellant.

*C. Andrew Fuller, District Attorney, Lee Darragh, Leonard C. Parks, Jr., Assistant District Attorneys,* for appellee.